UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY LOVELADY,

        Plaintiff,

   v.

ART LITHOCRAFT CO., *et al.*,

        Defendants.          /

**NEW CASE NO. 1:16-cv-01601-BAM**

ORDER REASSIGNING CASE

Old Case No.1:16-cv-01601-DAD-BAM

The parties have filed their written consent to Magistrate Judge jurisdiction over this action for all purposes (Doc. Nos. 8, 9), including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c)(1).  Accordingly, this case is hereby reassigned to United States Magistrate Barbara A. McAuliffe for all future proceedings and is renumbered as 1:16-cv-01601-BAM.

All future pleadings shall be numbered as follows:

**1:16-cv-01601-BAM**

IT IS SO ORDERED.

Dated:  **November 17, 2016**                          _Dale A. Drozd_____

                                   UNITED STATES DISTRICT JUDGE